IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| GRANGE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SHAD DASHER, individually; KARIN DASHER, individually; VIDALIA ORGANICS, INC. a/k/a SHAD and KARIN DASHER d/b/a GLENNVILLE PRODUCE CO.; MARIA SERRANO; J. ENEDINO FAJARDOCEBALLOS; KATHLEEN WAGNER; CHARLES WAGNER, JOSEPH BLAKE; METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE; and RSC EQUIPMENT RENTAL, INC.,<br><br>    Defendants. | Civil Action<br>File No.:    6:12-cv-00063-BAE-GRS |

## ORDER

Plaintiff having moved this Court to correct a misnomer and to change the caption of this case to reflect Plaintiff's proper name of Grange Mutual Casualty Company;

IT IS HEREBY ORDERED that this case and the caption are amended to reflect Plaintiff Grange Mutual Casualty Company, and Plaintiff is hereby allowed to file an amended complaint to reflect these changes.

So Ordered this 30th day of October, 2012.

By: _____
Magistrate Judge, G. R. Smith
U.S. District Court, Southern District of Georgia, Statesboro