UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRANGE MUTUAL CASUALTY COMPANY,

Plaintiff,

v.                        6:12-cv-63

SHAD DASHER, individually; KARIN DASHER, individually; VIDALIA ORGANICS, INC. a/k/a SHAD and KARIN DASHER d/b/a GLENNVILLE PRODUCE CO.; MARIA SERRANO; J. ENEDINO FAJARDOCEBALLOS; KATHLEEN WAGNER, CHARLES WAGNER, JOSEPH BLAKE; METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE,

Defendants.

## ORDER

Before the Court is Grange Mutual Casualty Company's ("Grange") Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a).[1] ECF No. 40.

Defendants have not stipulated to Grange's motion to dismiss, but Defendants have previously sought dismissal themselves. *See* ECF No. 30. Grange also asserts that most of the claims underlying this declaratory judgment action "have been settled and are moot." ECF No. 40 at 1. The Court therefore finds no compelling reason for this action to live to see another day.

Grange's motion is *GRANTED* and this case is *DISMISSED WITHOUT PREJUDICE*.

This 22 day of January 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Federal Rule of Civil Procedure 41(a)(2) allows plaintiffs to request dismissal "by court order, on terms that the court considers proper."